# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

FAISAL KAHN,

        Plaintiff

    v.                C-1-10-118

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 24) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 24) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendant's Motion to Disqualify Counsel (doc. no. 20) is GRANTED. Plaintiff's request for outside counsel to cross-examine Ms. Wiles during trial is DENIED. This case is STAYED for an additional sixty (60) days to permit the plaintiff to retain new counsel.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                                          __s/Herman J. Weber_____
                                                                              **Herman J. Weber, Senior Judge**
                                                                                **United States District Court**